**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| KEVIN ANTONIO SEVILLA RODRIGUEZ,<br>Petitioner,<br><br>v.<br><br>CHRISTOPHER BULLOCK, Field Office Director of U.S. Immigration and Customs Enforcement, New Orlean Field Office,<br>Respondent. | ) ) ) ) ) ) ) ) ) ) ) | No. 2:26-cv-03227-SHL-tmp |

**ORDER TRANSFERRING CASE**

On September 16, 2026, pro se Petitioner Kevin Antonio Sevilla Rodriguez filed the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. (ECF No. 1.) Sevilla Rodriguez, a citizen of Nicaragua who has resided in the United States since 2024, challenges his detention without an individualized bond hearing before a neutral decisionmaker. (Id. at PageID 14.) He seeks, among other things, a bond hearing or immediate release. (Id.)

The Court ordered Respondent to respond on October 8, 2026, and Respondent did so on October 15. (ECF No. 7.) Respondent responded that Petitioner filed a prior Petition for Writ of Habeas Corpus, on August 3, 2026, which was assigned to Judge Mark S. Norris, see Kevin Antonio Sevilla-Rodriguez v. Chritopher Bullock, No. 2:26-cv-02972-MSN-cgc, ECF No. 1. (ECF No. 7 at PageID 53.) Judge Norris granted in part the Petition, ordering Respondent to provide Petitioner an individualized bond hearing within ten days, and if no bond hearing was held within that time, Petitioner shall be released from custody. No. 2:26-cv-02972-MSN-cgc, ECF No. 8.

Given the substantial overlap in the prior proceedings and this Petition, this matter should

be transferred to Judge Norris. The Court therefore **DIRECTS** the Clerk to transfer this case to Judge Norris.

**IT IS SO ORDERED,** this 6th day of November, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE